ACCEPTED
15-25-00010-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/7/2025 11:05 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00010-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/7/2025 11:05:37 AM
CHRISTOPHER A. PRINE
Clerk

In the Court of Appeals
for the Fifteenth Judicial District

---

TEXAS HEALTH AND HUMAN SERVICES COMMISSION,
*Defendant-Appellant*,

*v.*

SHANRESSA CRADDOCK,
*Plaintiff-Appellee.*

---

On Appeal from the 250th Judicial District Court,
Travis County, Texas
Cause No. D-1-GN-22-007315

---

## APPELLANT'S MOTION TO WITHDRAW AND NOTICE OF LEAD COUNSEL

---

Appellant, Texas Health and Human Services Commission, would show the Court the following:

1.   The current counsel on behalf of Appellant is Mason R. Currah.

2.   Mr. Currah has accepted a position outside of the division handling this matter and requests to withdraw from this case. Appellant designates Jennifer Cook as new lead counsel. Ms. Cook is licensed to practice law in the state of Texas and is a member in good standing of the State Bar of Texas. Ms. Cook's contact information is as follows:

1

**JENNIFER COOK**
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548/Mail Stop 019-1
Austin, Texas 78711-2548
Tel: (512) 475-4098
Fax: (512) 302-0667
jennifer.cook@oag.texas.gov

3. Appellant respectfully requests that the Court remove Mr. Currah as counsel of record and attorney-in-charge for this cause.

4. The undersigned has conferred with counsel for Plaintiff-Appellee, who indicated they are unopposed to the withdrawal of Mr. Currah and substitution of Ms. Cook as counsel in charge of Appellant.

## PRAYER

Appellant requests that Ms. Cook be added to all future correspondence and notifications of filings in this matter and be substituted as lead counsel, and that Mr. Currah be removed as counsel of record.

Respectfully submitted.

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

2

*/s/ Mason Currah*
**MASON CURRAH**
Texas Bar No. 24133305
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 475-4072
Fax: (512) 320-0667
Mason.Currah@oag.texas.gov
***Counsel for Appellant***

## CERTIFICATE OF CONFERENCE

On February 4th, 2025, the undersigned conferred with lead counsel for Appellee, who stated they are unopposed to the relief requested.

*/s/ Mason Currah*
**MASON CURRAH**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager on February 7, 2025 to all counsel of record.

*/s/ Mason Currah*
**MASON CURRAH**

3

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tristan Garza on behalf of Mason Currah
Bar No. 24133305
tristan.garza@oag.texas.gov
Envelope ID: 97111010
Filing Code Description: Motion
Filing Description: APPELLANTS MOTION TO WITHDRAW AND NOTICE OF LEAD COUNSEL
Status as of 2/7/2025 12:01 PM CST

Associated Case Party: Texas Health an Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mason Currah | | mason.currah@oag.texas.gov | 2/7/2025 11:05:37 AM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 2/7/2025 11:05:37 AM | SENT |

Associated Case Party: Shanressa Craddock

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David Beyleryan | | dbeyleryan@lonestarlegal.org | 2/7/2025 11:05:37 AM | SENT |
| Elizabeth Ewing | | eewing@lonestarlegal.org | 2/7/2025 11:05:37 AM | SENT |